[No. 15083-6-III.    Division Three.    February 27, 1997.]

ALFONSO VILLANUEVA, ET AL., *Respondents*, v. HENRY TELLES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-01183-0, Heather K. Van Nuys, J., entered June 23, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 18759-1-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE L. BENNETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 93-1-00102-7, Ted Kolbaba, J., entered October 13, 1994. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 19109-1-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JARED T. CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-8-00449-6, M. Karlyn Haberly, J., entered January 11, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 19453-8-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANDREW RAYMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-01663-8, Rosanne Buckner, J., entered April 6, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.